UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

FILED
2021 FEB 19 PM 1:10
CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Travis L. Bailey,<br><br>    Plaintiff,<br><br>v.<br><br>Nightingale College, LLC,<br><br>    Defendant. | Court File No. _____<br><br><br>CIVIL ACTION FOR FALSE CLAIM<br><br>Case: 2:21-cv-00099<br>Assigned To : Bennett, Jared C.<br>Assign. Date : 2/19/2021<br>Description: Nightingale College v Bailey |

Defendant Travis Lee Bailey ("Bailey") hereby requests to remove the civil action entitled *Nightingale College, LLC, v. Travis L. Bailey and Bailey Domain Name*, Case No. 200904684 (the "State Court Action") from the Utah Third District Court, Salt Lake County to the United States District Court for the District of Utah pursuant to 31 U.S. Code § 3729 - False claims and 28 U.S.C. §§ 1331, 1441, and 1446. As grounds for removal, Defendant states as follows:

## STATEMENT OF THE CASE

Nightingale is a Delaware limited liability company authorized to conduct business in Utah and with headquarters in Salt Lake City, Utah.

From the period August 7, 2017 through February 9, 2018, Nightingale College, LLC, employed Mr. Bailey as a Coordinator, Nursing Education Services.

Nightingale terminated Mr. Bailey's employment effective February 9, 2018.

In 2018 Bailey created a website, www.nightingale.press which included testimony of other past employees, to alert the public of the illegal current and past actions of Nightingale College. By accumulating the testimony Bailey showed impropriety. Bailey reported these actions to the Accrediting Bureau of Health Education Schools (ABHES), Accreditation Commission for Education in Nursing (ACEN), Utah Attorney General's Office and Washington State Department of Health, and Utah state regulators, among others.

The Defendant is not solely making claims other individuals are making the claims. Nightingale Nursing College is an organization which, according to five other employees (Sean Millard, Suzette Scheuermann, Stacey Youlios Hornsby, Eric Corrington and Aaron Nelson) conducts highly illegal activities that economically hurt the poorest and most vulnerable members of society.

Mikhail Shneyder, CEO of Nightingale Nursing College was the Vice President California's Heald College. Due to findings by the Department of Education of misrepresented job placement rates at certain programs of Heald College from July 2010–2015, the department made students eligible to have their debts canceled. Because of a lawsuit alleging that "Heald College...misrepresented job placement rates for certain programs". Heald College was shut down on April 27, 2015.

Shneyder moved to Utah in 2015 and became CEO of Nightingale Nursing College. According to Sean Miller, Nightingale Nursing College under Shneyder's leadership then created several illegal "slush funds" to defraud poor college students. According to Suzette Scheuermann, Shneyder bullied Scheuermann to lie to nursing accreditors but Scheuermann quit instead. Three other employees have explained the illegal and highly unethical activities of the Nightingale.

Nightingale College, LLC filed a complaint for defamation in the Third District Court, Salt Lake City County, State of Utah on July 28, 2020 and served on all parties thereafter - attached hereto as **Exhibit A.** . On January 26, 2021, the third district court denied the motion to dismiss for jurisdiction.

### FEDERAL QUESTION JURISDICTION UNDER 41 USC §4712

Non-federal whistleblowers are protected under 41 USC §4712 when an individual reports information that they reasonably believes is evidence of gross mismanagement of a Federal contract or grant. By creating this website Bailey was whistleblowing on the illegal actions of Nightingale. The defamation suit is a reprisal against Bailey.

### PROCEDURAL REQUIREMENTS FOR REMOVAL SATISFIED

Removal is timely under 28 U.S.C. § 1446(b) because thirty (30) days have not yet expired since Bailey was served with the denial of the motion to dismiss.

A true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action which have been served upon Bailey are being filed with this Notice of Removal under 28 U.S.C. § 1446(a).

Bailey will promptly serve written notice of the filing of this Notice of Removal upon Nightingale College and will file a copy of this Notice with the Court Administrator of the Third District Court under 28 U.S.C. § 1446(d).

Venue is proper in this Court under 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the District of Utah is the federal judicial district encompassing the Third District Court, where the State Court Action was originally filed.

Bailey reserves the right to amend or supplement this Notice of Removal.

## CONCLUSION

Bailey requests that the State Court Action be removed from the Third District Court, State of Utah, Salt Lake City County, to the United States District Court for the District of Utah. By this Notice of Removal, Bailey does not waive any objections it may have to service, jurisdiction, venue, or any other defenses or objections to this action. Bailey makes no admission of fact, law, or liability by this Notice. Bailey reserves all rights, and waives none.

Dated: February 19, 2021

_____

Travis Lee Bailey